**CARLTON FIELDS**

**ATTORNEYS AT LAW**

**Chrysler Building**
405 Lexington Avenue | 36th Floor
New York, New York 10174-3699
212.785.2577 | fax 212.785.5203
www.carltonfields.com

Atlanta
Florham Park
Hartford
Los Angeles
Miami
**New York**
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

Michael L. Yaeger
Shareholder
212.380-9623 (Direct)
myaeger@carltonfields.com

July 25, 2025

Hon. Ann M. Donnelly
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Ennab*, 22-cr-464-AMD (S-1) (E.D.N.Y.)

Dear Judge Donnelly:

On behalf of Yousef Ennab, we submit this letter regarding scheduling. We respectfully request that the sentencing hearing, which is currently set for October 1, 2025, be continued to a date in November 2025. There are two reasons for this request.

First and foremost, counsel requires additional time to adequately prepare Mr. Ennab for the presentence interview. Because of the current sentencing date, and the need to deliver a timely Presentence Report, the Probation Office has scheduled an interview of Mr. Ennab for July 29. Due to an exceptionally busy workload these past two months, it has been challenging to allocate sufficient preparation time before Probation's July 29 interview date.

Second, Mr. Ennab's motions under Rules 29 and 33 of the Federal Rules of Criminal Procedure remain pending before the Court, so it is possible that sentencing may not be necessary.

The Government does not object to this request.

Respectfully submitted,

CARLTON FIELDS, P.A.

Michael L. Yaeger
Natalie A. Napierala
*Attorneys for Yousef Ennab*